# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MARYLAND

RECEIVED
U.S. MARSHAL
BALTIMORE, MD

2006 JUL 08 A 11:53

08-73-M-01

| UNITED STATES OF AMERICA vs WILLIAMS, ANTHONY L | Violation Notice Number(s) | Violation Date(s) |
|---|---|---|
|  | X0526678 | 01/27/2006 |
|  | MD41 |  |
|  | DRIVE W/SUSPENDED LIC 06-M-2125SKG |  |

*Defendant*

**FILED**
FEB 1 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

- Collateral in the Amount of $ **APPEARANCE REQUIRED** may be Forfeited in Lieu of Appearance.

Date 7/28/2006

United States Magistrate Judge
HON. SUSAN K GAUVEY

## RETURN

| RECEIVED | DATE | LOCATION |
|---|---|---|
|  |  |  |

*EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT*

| DATE | LOCATION |
|---|---|
| 2/11/08 | US District Court |

Name: Julie Carrillo   Title: DUSM   District: US District Court
Date: 2/11/08   Signature: Julie Carrillo

**FILED**

**FEB 11 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

08 - 073 - M - 01

## United States District Court
### Violation Notice

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| X 052667B | Ives, Eric M | 0443 |

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 01/706 1510
Offense Charged: ☐ CFR ☒ USC ☐ State Code   16-303(c)
Place of Offense: VCP-2
Offense Description: Driving on Suspended Lic and Priv

### DEFENDANT INFORMATION
Last Name: Williams
First Name: Anthony
MI: L

VEHICLE DESCRIPTION:

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS

Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ Total Collateral Due

YOUR COURT DATE: TBD

X Defendant Signature

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

_____
_____
_____
_____
_____

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____ Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)   U.S. Magistrate Judge